# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTHONY HAYES**                                                              **PLAINTIFF**
**ADC #147539**

**v.**                      **No: 4:20-cv-01475 BRW-PSH**

**RANDY WATSON,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of May, 2022.

                                                                      BILLY ROY WILSON
                                                    UNITED STATES DISTRICT JUDGE